IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08-CV-00077-FDW-DCK

| | |
|---|---|
| BRIDGESTONE CORPORATION, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BFS BRANDS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STAMFORD TIRES AND WHEELS, INC. and STAMFORD TYRES CORPORATION LIMITED,<br><br>Defendants. | ORDER ADMITTING DOUGLAS A. RETTEW TO PRACTICE *PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Plaintiff and payment of the $250.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Douglas A. Rettew be admitted to practice *pro hac vice* before this Court in order to represent Plaintiffs Bridgestone Corporation, Bridgestone Firestone North American Tire, LLC and BFS Brands, LLC in the above-captioned case.

Signed: March 20, 2008

David C. Keesler
United States Magistrate Judge