IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08-CV-00077-FDW-DCK

| | |
|---|---|
| BRIDGESTONE CORPORATION, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BFS BRANDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STAMFORD TIRES AND WHEELS, INC. and STAMFORD TYRES CORPORATION LIMITED, <br><br> Defendants. | ORDER ADMITTING DANNY M. AWDEH TO PRACTICE *PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Plaintiff and payment of the $250.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Danny M. Awdeh be admitted to practice *pro hac vice* before this Court in order to represent Plaintiffs Bridgestone Corporation, Bridgestone Firestone North American Tire, LLC and BFS Brands, LLC in the above-captioned case.

Signed: March 20, 2008

_____
David C. Keesler
United States Magistrate Judge