# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
Case No. 3:08-CV-00077-FDW-DCK

| | |
|---|---|
| BRIDGESTONE CORPORATION, BRIDEGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BFS BRANDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STAMFORD TIRES AND WHEELS, INC. and STAMFORD TYRES CORPORATION LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER ADMITTING DONALD S. SHOWALTER
## TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Application of Counsel for Defendant and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Donald S. Showalter be admitted to practice *pro hac vice* before this Court in order to represent Defendant Stamford Tires and Wheels, Inc. in the above-captioned matter.

Signed: April 8, 2008

David C. Keesler
United States Magistrate Judge