IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08-CV-00077-FDW-DCK

| | |
|---|---|
| BRIDGESTONE CORPORATION, BRIDEGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BFS BRANDS, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STAMFORD TIRES AND WHEELS, INC. and STAMFORD TYRES CORPORATION LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER ADMITTING JEFFREY T. KUNTZ
## TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Application of Counsel for Defendant and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Jeffrey T. Kuntz be admitted to practice *pro hac vice* before this Court in order to represent Defendant Stamford Tires and Wheels, Inc. in the above-captioned matter.

Signed: April 8, 2008

_____
David C. Keesler
United States Magistrate Judge