# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-77-FDW-DCK

| | |
|---|---|
| BRIDGESTONE CORPORATION, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BFS BRANDS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> STAMFORD TIRES AND WHEELS, INC. and STAMFORD TYRES CORPORATION LIMITED, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion In The Alternative For Limited Jurisdictional Discovery" (Document No. 39) and "Memorandum In Support Of Plaintiffs' Motion In the Alternative For Limited Jurisdictional Discovery" (Document No. 40), filed July 24, 2008; "Stamford Tyre Corporation Ltd.'s Response In Opposition To Plaintiffs' Motion For Jurisdictional Discovery" (Document No. 46), filed August 11, 2008; "Reply To Defendant's Opposition To Plaintiffs' Motion..." (Document No. 47), filed August 25, 2008; and "Plaintiffs' Motion For Leave To File Under Seal" (Document No. 41), filed July 24, 2008. These matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and are now ripe for review.

Having carefully considered the arguments, the record, and the applicable authority, the undersigned will grant the motions.

On June 16, 2008, Stamford Tyre Corporation Ltd. ("Defendant") filed a "...Motion To Dismiss For Lack Of Personal Jurisdiction" (Document No. 32) and brief

in support. Plaintiffs filed a response in opposition to the motion to dismiss on July 24, 2008, and Defendant filed a reply memorandum in support of its motion to dismiss on August 11, 2008. Therefore, the motion to dismiss has been fully briefed and is ripe for disposition. Plaintiffs, however, also filed an alternative motion for limited jurisdictional discovery concurrently with their opposition to the motion to dismiss which is also ripe and pending before the Court.

After review of all the papers, the undersigned is persuaded that the Court would benefit from the limited jurisdictional discovery proposed by Plaintiffs. The undersigned will therefore allow limited jurisdictional discovery as follows: Plaintiffs may serve Defendant with seven (7) interrogatories, seven (7) requests for the production of documents and things, ten (10) requests for admission, and one 30(b)(6) deposition notice, on or before **October 10, 2008**; Defendant shall respond to the foregoing discovery requests on or before **October 31, 2008**; and Defendant shall produce the appropriate 30(b)(6) witness to be deposed in Charlotte, North Carolina on or before **November 21, 2008**.

Supplemental briefing by Plaintiffs in support of their opposition to Defendant's "...Motion To Dismiss For Lack Of Personal Jurisdiction" (Document No. 32) shall be due on or before **December 12, 2008**. Defendant may file a reply to Plaintiffs' supplemental response on or before **December 23, 2008**.

The undersigned further notes that no opposition to "Plaintiffs' Motion For Leave To File Under Seal" (Document No. 41) has been filed and therefore that motion will be granted for good cause shown.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion In The Alternative For Limited Jurisdictional Discovery" (Document No. 39) is **GRANTED** subject to the limitations and deadlines set forth herein.

**IT IS FURTHER ORDERED** that "Plaintiffs' Motion For Leave To File Under Seal" (Document No. 41) is **GRANTED**.

**SO ORDERED**.

Signed: September 29, 2008

David C. Keesler
United States Magistrate Judge