IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00077-W

| | | |
|---|---|---|
| BRIDGESTONE CORPORATION, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BFS BRANDS, LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF HEARING and |
| STAMFORD TIRES AND WHEELS, INC., and STAMFORD TYRES CORPORATION LIMITED, | ) ) ) ) | WITHDRAWAL OF REFERRAL |
| Defendants. | ) ) | |

THE MATTER is before the Court on Defendant Stamford Tyres Corporation Limited's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 32). The Court hereby notes for the record that the referral of this motion (Doc. No. 32) to the Honorable David Keesler is withdrawn, and the undersigned will rule on the motion. Therefore, TAKE NOTICE that this matter has been set for hearing before the undersigned United States District Judge, to be held at **2:00 p.m. on Monday, January 5, 2009**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. This hearing date allows for the jurisdictional discovery permitted by the Court (Doc. No. 48), including the filing of the supplemental response and reply briefing. Oral arguments will be limited to fifteen (15) minutes per side.

Signed: October 29, 2008

Frank D. Whitney
United States District Judge